IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:96CR3043 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| PERCY E. WEBSTER, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that Defendant Webster's initial appearance on the Amended Petition for Offender Under Supervision (filing 139) is scheduled on Monday, November 14, 2005, at 1:00 p.m., before the undersigned United States District Judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

    November 7, 2005.        BY THE COURT:

                                              s/ *Richard G. Kopf*
                                              United States District Judge