UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA**
   **Plaintiff**

v.                 Case Number 4:96cr3043

               USM Number 15024-047

**PERCY E. WEBSTER**
   **Defendant**

               Michael J. Hansen

               Defendant's Attorney

_____

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)

**THE DEFENDANT** admitted guilt to violation of Standard Conditions 4, 8, and 12 of the term of supervision.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 5. (Standard Condition #4) | The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions fo the probation officer. | March 29, 2005 |
| 6. (Standard Condition #8) | The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to such substances except as prescribed by a physician. | March 28, 2005 |
| 7. (Standard Condition #12) | The defendant shall notify the probation officer within 72 hours of being arrested r questioned by a law enforcement officer. | May 22, 2005 |
| 8. (Standard Condition #8) | The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to such substances except as prescribed by a physician.. | October 22, 2005 |

Original Offense: Conspiracy to distribute and possess with intent to distribute cocaine base in violation of 21 USC 846, 21USC 841(a)(1) and 18 USC 2.

The defendant is sentenced as provided in pages 3 through 7 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Allegations 1 through 4 of the Amended Petition for Offender Under Supervision are dismissed on the motion of the United States.

Following the imposition of sentence, the Court advised the defendant of his right to appeal pursuant to the provisions of Fed. R. Crim. P. 32 and the provisions of 18 U.S.C. § 3742 (a) and that such Notice of Appeal must be filed with the Clerk of this Court within ten (10) days of this date.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:
November 23, 2005

s/ Richard G. Kopf
United States District Judge

November 29, 2005

Defendant: Percy E. Webster                                Judgment-Page 3 of 7
Case Number: 4:96CR3043-1

**IMPRISONMENT**

It is ordered defendant's term of supervised release is revoked.  The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of thirty (30) months.

[x]  The Court makes the following recommendation to the
     Bureau of Prisons:

     [x]  The Court recommends in the strongest possible terms that the defendant be enrolled in the Intensive Drug Treatment Program.
     [x]  That the defendant be placed at the camp at Yankton, South Dakota.

The defendant is remanded to the custody of the United States Marshal.

**ACKNOWLEDGMENT OF RECEIPT**

I hereby acknowledge receipt of a copy of this judgment this _____ day of _____, 2005.

_____
                                            Signature of Defendant

**RETURN**

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 2005 to _____ _____with a certified copy of this judgment.

_____
                                              United States Warden

                                          By _____

**Note:  The following certificate must also be completed if the defendant has not signed the Acknowledgment of Receipt, above.**

**CERTIFICATE**

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 20____.

_____
                                              UNITED STATES WARDEN

                                          By_____

Defendant: Percy E. Webster                            Judgment-Page 4 of 7
Case Number: 4:96CR3043-1

**SUPERVISED RELEASE**

　　Upon release from imprisonment, the defendant shall be on supervised release for a term of thirty (30) months.

　　While on supervised release, the defendant shall not commit another Federal, state, or local crime and shall comply with the standard conditions that have been adopted by this court (set forth on the following page.)  If this judgment imposes a restitution obligation, it shall be a condition of supervised release that the defendant pay any such restitution that remains unpaid at the commencement of the term of supervised release.  The defendant shall comply with the following additional conditions:

Pursuant to 18 U.S.C. 3583(d), defendant shall submit to a drug test within fifteen (15) days of release on Supervised Release and at least two (2) periodic drug tests thereafter to determine whether defendant is using a controlled substance.  Further, defendant shall submit to such testing as requested by any United States Probation Officer to detect the presence of controlled substances in the defendant's body fluids and to determine whether the defendant has used any of those substances.  Defendant shall pay for the collection of urine samples to be tested for the use of controlled substances.

1.  Paragraph #8 of the Standard Conditions of Supervision is modified.  Instead of merely refraining from excessive use of alcohol, the defendant shall not purchase or possess, use, distribute, or administer any alcohol, just the same as any other narcotic or controlled substance.

2.  Defendant shall attend, pay for, and successfully complete any diagnostic, evaluation, treatment or counseling program, or approved support groups such as AA or NA for controlled substance abuse, as directed by the probation officer.

3.  Defendant shall provide the U. S. Probation Officer with access to any requested financial information.

4.  Defendant shall be subject to search of the defendant's premises, vehicle or person, day or night, with or without a warrant, at the request of the United States Probation Officer to determine the presence of controlled substances, firearms, or any other contraband.  Any such items found may be seized by the probation officer.  This condition may be invoked with or without the cooperation of law enforcement officers.

5.  The defendant shall cooperate in the collection of DNA as directed by the probation officer, pursuant to the Public Law 108-405 (Revised DNA Collection Requirements Under the Justice for All Act of 2004), if such sample was not collected during imprisonment.

Defendant:  Percy E. Webster                           Judgment-Page 5 of 7
Case Number: 4:96CR3043-1

6.  Defendant shall report to the Supervision Unit of the United States Probation Office in the district of his release between the hours of 8:00 a.m. and 4:30 p.m. within seventy-two (72) hours of release from confinement.

### STANDARD CONDITIONS OF SUPERVISION

    While the defendant is on probation or supervised release pursuant to this Judgment:

1)   the defendant shall not commit another Federal, state or local crime;
2)   the defendant shall not leave the judicial district without the permission of the court or probation officer;
3)   the defendant shall report to the probation officer as directed by the court or the probation officer and shall submit a truthful and complete written report within the first five days of each month;
4)   the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
5)   the defendant shall support his or her dependents and meet other family responsibilities (including, but not limited to, complying with the terms of any court order or administrative process pursuant to the law of a state, the District of Columbia, or any other possession or territory of the United States requiring payments by the defendant for the support and maintenance of any child or of a child and the parent with whom the child is living);
6)   the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
7)   the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
8)   the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
9)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered or other places as specified by the court;
10)  the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

Defendant: Percy E. Webster                           Judgment-Page 6 of 7
Case Number: 4:96CR3043-1

## STANDARD CONDITIONS OF SUPERVISION - CONTINUED

11) the defendant shall permit a probation officer to visit the defendant at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
12) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
13) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
14) as directed by the probation officer, the defendant shall notify third parties of the risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirements;
15) the defendant shall not own, possess or control any firearms or ammunition, destructive devices or dangerous weapons;
16) the defendant shall pay any special assessment, fine, or restitution obligation imposed by this judgment that remains unpaid at the commencement of the term of probation or supervised release in accordance with the payment schedule of criminal monetary penalties set forth in this judgment; and
17) the defendant shall notify the probation officer of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay any unpaid amount of restitution, fines, or special assessments.

    These conditions are in addition to any other conditions imposed by this Judgment.

```
Defendant:  Percy E. Webster                    Judgment-Page 7 of 7
Case Number: 4:96CR3043-1
```

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth below.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| Totals: | $  100.00 (PAID) | $ | $ |

## SCHEDULE OF PAYMENTS

Payment of the total criminal monetary penalties has been paid.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

All financial penalty payments are to be made to the Clerk of the U. S. District Court, P.O. Box 83468, Lincoln, NE  68501-3468.

**Special instructions regarding the payment of criminal monetary penalties:**

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment.

---

CLERK'S OFFICE USE ONLY:

ECF DOCUMENT

I hereby attest and certify this is a printed copy of a
document which was electronically filed with the
United States District Court for the District of Nebraska.

Date Filed:_____

DENISE M. LUCKS, CLERK

By _____Deputy Clerk