IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:96CR3043 |
| | ) | |
| PERCY WEBSTER, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Revocation Hearing, filing 180, now set for July 21, 2009, at 12:00 noon until a date certain in approximately 60 days.  The Court, being fully advised in the premises, and noting that the government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 22nd day of September, 2009, at 1:00 p.m.  The defendant is ordered to appear at such time.

DATED this 17th day of July, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge